```
Jason L. Jones       SB# 246910
Cynthia M. Jones     SB# 226958
Rachel L. Hawrylo    SB# 259529
AVATAR LEGAL, PC
12526 High Bluff Drive
Suite 300
San Diego, CA 92130
Tel: (858) 793-9800
Fax: (858) 793-9801

Attorney for Debtors
Timothy John Gross and Susan Marjorie Gross
```

**UNITED STATES BANKRUPTCY COURT**
**Southern District of California**

| | |
|---|---|
| In re:<br><br>Gross, Timothy and Susan,<br><br>    Debtors. | Case No.: 09-16089<br><br>Chapter 13<br><br>DEBTORS' REPLY TO BAC HOME LOANS SERVICING, LP'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN<br><br>Hearing Date: 1/6/2010<br>Hearing Time: 10:00 AM<br>Department:   1 |

    Debtors Timothy Gross and Susan Gross ("Debtors"), by and through counsel, hereby submit this Reply to BAC HOME LOANS SERVICING, LP'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN.

    Debtors filed a Chapter 13 bankruptcy case, along with their initial Chapter 13 Plan, on October 23, 2009.  BAC HOME LOANS SERVICING, LP ("BAC") filed an Objection to Confirmation of Chapter 13 Plan ("Objection") in Debtors' case on November 17, 2009.  BAC objects to Debtors' Plan on the grounds that

1  "Secured Creditor's arrears are over twice the amount provided
2  in Debtors' proposed Plan and Debtors are already devoting their
3  entire disposable income over the maximum plan term making the
4  proposed Plan infeasible."  BAC further states that, "I have
5  unsuccessfully attempted to resolve our objections at the §341
6  Meeting."  Debtors' counsel placed a call to counsel for BAC
7  shortly after the Objection was filed in order to discuss the
8  case.  As of this date, BAC's counsel has not returned the call.
9      Despite its allegations that the Secured Creditor's arrears
10 are over twice the amount provided in Debtors' Plan, BAC failed
11 to include any evidence supporting this assertion and have not
12 yet filed a Proof of Claim in Debtors' case.  As such, Debtors
13 are unable to determine the merits of this claim or make any
14 arguments to support their position.  We respectfully request
15 that BAC file the documents upon which it bases its assertion.
16     At the time their Chapter 13 case was filed, Debtors
17 believed that their arrears were $7,440, constituting
18 approximately three months of past due payments.  Based on this
19 belief, Debtors request that BAC provide a complete breakdown of
20 the charges it asserts the past due payments upon.
21     Furthermore, Debtors §341(a) Meeting of Creditors is
22 currently scheduled for December 4, 2009 at 3:00 PM.  As such,
23 it is impossible for BAC to have attempted to resolve its
24 objections at the §341 Meeting.
25     Based on the foregoing, Debtors request that BAC's
26 Objection be denied, or in the alternative, that BAC produce
27 sufficient documentation regarding its claims and further amend
28

the Objection to remove the statement that they have attempted to resolve the Objections at Debtors' §341 Meeting.

Dated: November 23, 2009

Respectfully submitted,
AVATAR LEGAL, PC

BY:   /s/ Jason L. Jones
       Jason L. Jones
       Attorney for Debtors

**CERTIFICATE OF SERVICE**

I, the undersigned, whose address appears below, certify:

That I am, and at all time hereinafter mentioned was, more than 18 years if age;

That on the 29th day of September, 2009, I served a true and correct copy of the attached DEBTORS' REPLY TO BAC HOME LOANS SERVICING, LP'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN via United States mail, postage fully prepaid and addressed to:

Chapter 13 Trustee

Thomas H. Billingslea, Jr. Trustee
530 B Street, Suite 1500
San Diego, CA 92101

Attorney for BAC Home Loans Servicing, LP

Mark T. Domeyer
1665 Scenic Ave., Suite 200
Costa Mesa, CA 92626

Request for Special Notice
VW Credit, Inc.
PO BOX 829009
Dallas, TX 75382-9009

I declare under penalty of perjury that the foregoing is true and correct.

DATE: 11/23/2009         Rachel Hawrylo; /s/ Rachel Hawrylo
                         Printed Name; Signature

                         12526 High Bluff Drive, Ste. 300__
                         Street Address

                         San Diego, CA 92130_____
                         City, State, Zip